IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JEREMY GORDON SILOR                                                     PLAINTIFF

V.                              NO. 12-3043

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                      DEFENDANT

## J U D G M E N T

Pursuant to the Memorandum Opinion entered this same date, upon motion of the Defendant, the Court hereby remands this matter to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 20th day of August, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE